UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number:   14-36856

ANGEL GABRIEL SILVA
    Debtor
_____/

TRUSTEE'S NOTICE OF FILING ADDITIONAL INFORMATION
RELEVANT TO COURT'S ORDER TO SHOW CAUSE

    Nancy K Neidich, Standing Chapter 13 Trustee ("Trustee"), files this Additional Information Relevant to this Court's Order to Show Cause and states as follows:

    1)  Mr. Montaner is aware of the requirement to file a disclosure statement pursuant to F.R.B.P. 2106(b) as he has filed a disclosure statement in each of the cases for debtors under Chapter 7 of the Bankruptcy Code in which he is the attorney of record.

    Mr. Montaer has filed seventeen (17) cases for debtors under Chapter 13 of the Bankruptcy Code.  In each of the Chapter 13 cases, Mr. Montaner <u>has failed to file</u> a disclosure statement required by F.R.B.P. 2016(b).

    2)  In six (6) of the Chapter 13 cases filed under Mr. Montaner's bar number, the statement of social security number is missing or incomplete (redacted).  The Chapter 13 Trustee is not authorized to review the Statement of Social Security Number in Mr. Montaner's Chapter 7 cases.

        a)  Case Number 14-19291-AJC dismissed for failure to file a Statement of Social Security Number

        b)  Case Number 14-30818-AJC, a Statement of Social Security Number is filed at ECF #1 page 4 which only discloses the last four digits of the debtor's social security number.

  c) Case Number 15-13175-LMI, there is no Statement of Social Security Number on docket.

  d) Case Number 15-14089-RAM dismissed for failure to file a Statement of Social Security Number

  e) Case Number 15-15347-LMI a Statement of Social Security Number is filed at ECF #4 which only discloses the last four digits of the debtor's social security number in the style of the case and "***IF" as the debtors full social security number.

  f) Case Number 15-15637-AJC dismissed for failure to file a Statement of Social Security Number

3) All of the cases filed under Chapter 13 for which Mr. Monanter is the attorney of record have been dismissed for failure to file schedules or statement of social security.

4) According to the Court's Public Access to Court Electronic Records (PACER), Mr. Raul A Montaner, Esq ("Mr. Montaner") is the attorney of record in twenty (20) cases filed in the Southern District of Florida. The cases filed under Chapter 13 are dismissed for failure to file documents required under 521(a).

  a) Case Number 13-33872- JKO (Martha Ojeda).
    Chapter 7 filed October 3, 2013.
    Disclosure Statement filed ECF #7
    Not authorized to check social security
    Discharged January 17, 2014

  b) Case Number 14-15323-RAM (Roberto Quintela)
    Chapter 13 filed March 6, 2014
    No Disclosure Statement filed.
    Corrected Statement of Social Security Number filed
    Dismissed May 27, 2014 for failure to file schedules and plan

  c) Case Number 14-17120-AJC (Nancy Milagros Medina)
    Chapter 13 filed March 28, 2014
    No Disclosure Statement

       Correct Statement of Social Security Number
       Dismissed June 18, 2014 for failure to file schedules and plan

d) Case Number 14-18474-LMI (Juliette Elorine Maldonado)
    Chapter 13 filed April 14, 2014
    No Disclosure Statement
    Correct Statement of Social Security Number
    Dismissed July 2, 2014 for failure to file schedules and plan

e) Case Number 14-19291-AJC (Alejandro Kishinevsky)
    Chapter 13 filed April 24, 2014
    No Disclosure Statement
    No Social Security Statement
    Dismissed April 30, 2014 for failure to file a Statement of Social Security

f) Case Number 14-21407-RAM (Rene Granda)
    Chapter 13 filed May 29, 2014
    No Disclosure Statement
    Correct Statement of Social Security Number
    Dismissed August 6, 2014 for failure to file schedules and plan

g) Case Number 14-22896-RAM (Patricia Rodiguez)
    Chapter 13 filed June 3, 2015
    No Disclosure Statement
    Incomplete Statement of Social Security Number
    Dismissed June 23, 2014 for failure to file schedules and plan

h) Case Number 14-23680-AJC (Sunil Narain Khiatani)
    Chapter 13 filed June 13, 2014
    No Disclosure Statement filed
    Correct Statement of Social Security Number
    Dismissed September 5, 2014 for failure to file schedules and plan

i) Case Number 14-30659-RAM (Isbel Gonzalez)
    Chapter 13 filed September 15, 2014
    No Disclosure Statement filed
    Incorrect Statement of Social Security Number (filed 3 times)
    Dismissed December 4, 2014 for failure to file schedules and plan

j) Case Number 14-30818-AJC (Alice S. Walsh)
    Chapter 13 filed September 17, 2014
    No Disclosure Statement filed
    Incorrect Statement of Social Security Number (filed as exhibit on petition)
    Dismissed November 5, 2014 for failure to file schedules and plan

k)  Case Number 14-34794-RAM (Vilma Elizabeth Quintela)
    Chapter 13 filed November 7, 2014
    No Disclosure Statement filed
    Correct Statement of Social Security Number
    Dismissed February 5, 2015 for failure to file schedules and plan

l)  Case Number 14-36856-LMI (Angel Gabriel Silva)
    Chapter 13 filed December 8, 2014
    No Disclosure Statement filed
    Correct Statement of Social Security Number
    Dismissed January 28, 2015 for failure to file schedules and plan

m)  Case Number 15-11577-AJC (Miguel Angel Diaz)
    Chapter 13 filed January 27, 2015
    No Disclosure Statement filed
    Correct Statement of Social Security Number
    Dismissed February 17, 2015 for failure to file schedules and plan

o)  Case Number 15-13175-LMI ( Nancy Medina)
    Chapter 13 filed February 21, 2015
    No Disclosure Statement filed
    No Statement of Social Security Number filed (but clerk used the number from a prior disclosed case on the docket)
    Dismissed April 15, 2015 for failure to file schedules and plan

p)  Case Number 15-13490-LMI (Cecilia Isbel Vencia)
    Chapter 7 filed February 26. 2015
    Disclosure Statement filed
    Not authorized to check social security
    Debtor discharged on June 22, 2015

q) Case Number  15-14089-RAM (Rene Granda)
    Chapter 13 filed March 4, 2015
    No Statement of Social Security Number filed
    No Disclosure Statement filed
    Dismissed March 18, 2015 for failure to file Statement of Social Security

r) Case Number  15-15347-LMI (Blanca Chavez)
    Chapter 13 filed March 24, 2015
    Incorrect Statement of Social Security Number filed
    No Disclosure Statement filed
    Dismissed April 14, 2015 for failure to file schedules and plan

s) Case Number  15-15637-AJC (Lee Angel Silva)
    Chapter 13 filed March 27, 2015

    No Disclosure Statement filed
    No Statement of Social Security Number filed
    Dismissed April 14, 2015 for failure to file Statement of Social Security


t)  Case Number 15-16923-LMI (Sofia A Santiago)
    Chapter 7 filed April 16, 2015
    Disclosure Statement filed
    Not authorized to Statement of Social Security Number
    PENDING:

u) Case Number 15-21340-RAM (Isbel Gonzalez)
    Chapter 13 filed June 23,  2015
    No Disclosure Statement filed
    PENDING:  Motion for extension of time to file schedules (July 6, 2015)



    I hereby certify that a true and correct copy of the foregoing was served through by NEF and US Mail on Raul A Montaner, Esquire, 175 Fontainebleau Blvd, Ste 1A, Miami, FL  33172 on July 8, 2015.

    Submitted by
    NANCY K NEIDICH, ESQUIRE
    STANDING CHAPTER 13 TRUSTEE

    AMY E CARRINGTON
    FBN  101877
    P.O. BOX 279806
    MIRAMAR, FL 33027
    (954)  443-4402