# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                Case No. 14-36856-LMI
                                                      Chapter 13
ANGEL GABRIEL SILVA,

    Debtor,
_____/

## EXHIBIT REGISTER

Exhibits Submitted on behalf of:

[ ] Debtor          [ x ] Other: Raul Montaner

Date of Hearing/Trial: August 19, 2015

Type of Hearing/Trial: Order to Show Cause

SUBMITTED BY:   Michael .S. Hoffman, Esq.
                909 N. Miami Beach Blvd. # 201
                North Miami Beach, FL 33162
                T.   305.653.5555
                F.   305.940.0090
                E.   mshoffman@hlalaw.com

| Exhibit Number/Letter | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 1 | Engagement Agreement | | | |
| 2 | Ledger | | | |

LF-49 (rev. 12/01/09)

1