UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                          Case No. 14-36856-LMI
                                                Chapter 13
ANGEL GABRIEL SILVA,

                Debtor       /

## MOTION FOR RECONSIDERATION

Interested Party Raul A. Montaner ("Montaner") files this Motion for Reconsideration of the Court's Order Sanctioning Attorney (DE 35) (the "Sanctions Order") and states as follows:

1. On July 1, 2015, the Court entered an Order to Show Cause (DE 28) to consider whether sanctions should be imposed against Montaner. The hearing pursuant to the Order to Show Cause was conducted on August 19, 2015.

2. At the hearing, the Court made reference to the Chapter 13 Trustee's Notice of Filing Additional Information Relevant to the Court's Order to Show Cause (the "Trustee's Joinder") (DE #29) which set forth Montaner's history of filing bankruptcy cases in the Southern District of Florida.

3. The Trustee Joinder identified 20 bankruptcy cases filed by Montaner, consisting of seventeen Chapter 13 filings and three Chapter 7 filings.

4. At the hearing, the Court found that the Chapter 13 filings constituted violations of Bankruptcy Rule 9011 and sanctioned Montaner $1,000 per case for a total of $17,000.

5. The Court expressly declined to sanction Montaner for his Chapter 7 filings as those cases resulted in entry of a Chapter 7 discharge.

6. The Court entered the Sanctions Order on September 8, 2015.

7. The Sanctions Order incorrectly states that Mr. Montaner filed twenty Chapter 13 cases and therefore issued an increased monetary sanction of $20,000.

8. This conflicts with the information contained in the Trustee's Joinder and the Court's findings in open court.

9. By this Motion, Montaner requests the Court correct the Sanctions Order and, consistent with its oral ruling at the August 19 hearing, reduce the amount of his monetary sanction to $17,000.

10. The basis for the reconsideration requested herein is Federal Rule of Procedure 60(a), as incorporated by Bankruptcy Rule 9024, which authorizes a Court to correct a "clerical mistake or a mistake arising from oversight or omission."

WHEREFORE, Montaner requests the Court reconsider the Sanctions Order and granting such further relief as is deemed just and proper.

> HOFFMAN, LARIN & AGNETTI., P.A.
> Counsel for Montaner
> 909 North Miami Beach Blvd., Suite 201
> North Miami, FL 33162
> Tel: (305) 653-5555
> Fax: (305) 940-0090
> Email: mshoffman@hlalaw.com
>
> /s/ Michael S. Hoffman
> Michael S. Hoffman
> Florida Bar No.: 41164