

ORDERED in the Southern District of Florida on October 8, 2015.

*Laurel M. Isicoff*
**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:                                                                        Case No. 14-36856-LMI
                                                                              Chapter 13
ANGEL GABRIEL SILVA,

_____Debtor_____/

## ORDER GRANTING MOTION FOR RECONSIDERATION

This matter came before the Court on October 6, 2015 on Interested Party Raul A. Montaner's Motion for Reconsideration of the Court's Order Sanctioning Raul A. Montaner (D.E. # 36) (the "Reconsideration Motion"). The Court, having reviewed the Motion and finding that the Order Sanctioning Raul A. Montaner (D.E. #35) (the "Sanctions Order") contains a scrivener's error concerning the number of Chapter 13 cases filed by Mr. Montaner, orders as follows:

1. The Reconsideration Motion is granted.

2. Paragraph 2 of the Sanctions Order is modified to state that "Attorney Montaner is sanctioned $1,000.00 for each of the seventeen (17) Chapter 13 bankruptcies he filed without the intent to complete"

3. The remaining provisions of the Sanctions Order shall remain in full force and effect.

Submitted by:

Michael S. Hoffman
Hoffman, Larin and Agnetti, P.A.
Counsel for Raul A. Montaner
909 North Miami Beach Boulevard, Suite 201
Miami, Florida 33162
Phone:  (305) 653-5555
Fax: (305) 940-0090
E-mail: mshoffman@hlalaw.com

Attorney Hoffman shall serve a copy of the signed order on all parties served with the motion and shall file with the court a certificate of service